UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-01875-JWH (SPx) | Date | November 20, 2020 |
| Title | *Juan Calderon v. Physicians for Healthy Hospitals, Inc., et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez / Noe U. Ponce | Miriam Baird |
| Deputy Clerks | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Branden Caroline Hamilton | Jason A. Fischbein |
| | David Enrique Amaya |
| | Brittany Marie Wunderlich |

**Proceedings:** VIDEO HEARING RE: MOTION TO REMAND [12]

Counsel state their appearances. The Court confers with counsel and hears oral argument. The Court takes the matter under submission.

IT IS SO ORDERED.

Time: 00:24
Initials of Preparer: iv/np